UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ALLSTATE INSURANCE COMPANY, et al., | Case No. 2:20-CV-425 JCM (DJA) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| OBTEEN N. NASSIRI, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Allstate Insurance Company et al v. Nassiri et al.*, case number 2:20-cv-00425-JCM-DJA. On March 6, Allstate Fire & Casualty Insurance Company, Allstate Indemnity Company, Allstate Insurance Company, and Allstate Property & Casualty Insurance Company ("plaintiffs") moved *ex parte* for a temporary restraining order. (ECF No. 2). The court granted plaintiff's motion for a temporary restraining order on March 9, 2020. (ECF No. 3).

On March 10, 2020, plaintiffs filed a motion for preliminary injunction. (ECF No. 7). The court now sets a preliminary injunction hearing on Wednesday, March 18, 2020, at 10:00 a.m. in courtroom 6A. The court hereby orders the following expedited briefing schedule for the motion for preliminary injunction. Obteen N. Nassiri and Med Ed Labs ("defendants") shall file their response to plaintiff's motion before 5:00 p.m. on Friday, March 13, 2020. Plaintiff shall file its reply, if any, before 12:00 noon on Monday, March 16, 2020.

Accordingly,

IT IS SO ORDERED.

DATED March 11, 2020.

*[signature: James C. Mahan]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**