1  Dylan P. Todd, NV Bar No. 10456
   dtodd@fgppr.com
2  Lee H. Gorlin, NV Bar No. 13879
   lgorlin@fgppr.com
3  FORAN GLENNON PALANDECH
   PONZI & RUDLOFF PC
4  2200 Paseo Verde Parkway, Suite 280
   Henderson, NV 89052
5  Telephone: 702-827-1510
   Facsimile:  312-863-5099
6
7  *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>OBTEEN N. NASSIRI, an individual; and MED ED LABS, a domestic nonprofit corporation, as the alter ego of OBTEEN N. NASSIRI<br><br>Defendant. | CASE NO.: 2:20-cv-00425-JCM-DJA<br><br>RELATED CASE NO. 2:08-cv-00369-JCM-GWF<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (ECF No. 7).** |

THIS MATTER comes before the Court on Plaintiffs' Motion for a Preliminary Injunction (ECF No. 7). Having reviewed the papers filed in support of and in opposition to this Motion, and being fully advised, the Court finds that Plaintiffs have demonstrated both a strong likelihood of success on the merits and the possibility that it faces immediate, irreparable injury from the Defendants' conduct. Accordingly, Plaintiffs are entitled to preliminary injunctive relief, and the Court Grants Plaintiffs' Motion as follows:

1. Upon finding that Plaintiffs have carried their burden of showing (a) the possibility of irreparable injury, and (b) a likelihood of success on the merits, this Preliminary Injunction is granted pursuant to Federal Rule of Civil Procedure 65, 15 U.S.C § 1116(a), and the inherent equitable powers of the Court.

2. The Court hereby preliminarily RESTRAINS AND ENJOINS Defendants, their agents, servants, employees, attorneys, and all others in active concert or participation with Defendants, including Joshua Johnston, from disrupting the status quo with regards to Med Ed Labs' Bank Accounts pending the outcome of this Alter-Ego Action.

3. In furtherance with preserving the status quo, the Court further ORDERS that Defendant Med Ed Labs seek leave of the Court before opening or closing any such accounts or before transferring funds to any other account owned by any Defendant or any of their agents, servants, employees, attorneys, and all others in active concert or participation with Defendants, including Joshua Johnston.

4. This Preliminary Injunction shall take effect retroactively to the hearing on the Motion that occurred on April 3, 2020, (ECF No. 35), and shall remain in effect pending trial in this action or further order of this Court.

5. The required cost bond amount is $0.00. No additional security is required with respect to this Preliminary Injunction or any additional injunctive relief ordered by the Court in this action.

DATED April 10, 2020.

_____
Hon. James C. Mahan
United States District Judge

Respectfully Submitted by:

FORAN GLENNON PALANDECH PONZI &
RUDLOFF PC

By: */s/ Dylan Todd*
Dylan P. Todd (NV Bar No. 10456)
Lee H. Gorlin (NV Bar No. 13879)
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

*Attorneys for Plaintiffs*