**R. DUANE FRIZELL, ESQ.**
Nevada Bar No. 9807
**FRIZELL LAW FIRM**
400 N. Stephanie St., Suite 265
Henderson, Nevada 89014
Office (702) 657-6000
Fax (702) 657-0065
DFrizell@FrizellLaw.com
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>          Plaintiffs,<br><br>  vs.<br><br>OBTEEN N. NASSIRI, an individual; and MED ED LABS, a Nevada nonprofit corporation,<br><br>          Defendants. | CASE NO. 2:20-cv-00425-JCM-DJA |

### STIPULATION AND ORDER
### FOR EXTENSION OF DEADLINE TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE FOR SUMMARY JUDGMENT DUE TO EXPIRATION OF PRIOR JUDGMENTS [ECF 57]
### (FIRST REQUEST)

By and through their respective counsel of record, Defendants OBTEEN N. NASSIRI and MED ED LABS and Plaintiffs ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY hereby tender to the Court this Stipulation And Order For Extension Of Deadline To File Reply to Plaintiffs' Response to Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment

Due To Expiration Of Prior Judgments (First Request).  This Stipulation and Order pertain to Defendants' forthcoming reply to the following:

> Plaintiffs' Response Defendants' Motion to Dismiss or, in the Alternative for Summary Judgment Due to Expiration of Prior Judgments [ECF 57] (filed June 15, 2020) (the "Response").

In this connection, Plaintiffs and Defendants (each a "Party" and collectively the "Parties") hereby stipulate and agree as follows:

1. Together with its exhibits, Plaintiffs' Response comprises around 200 pages. Defense counsel's professional schedule has been quite hectic.  He is a solo practitioner. The limitations and impediments to work in light of continuing COVID restrictions have made it so that he and his staff have not been as efficient as usual.

2. Since Plaintiffs filed their Response on June 15, 2020, Defendants' counsel has worked on and filed, among other things, an appellate brief in the Ninth Circuit Court of Appeals, which was unusually involved and time-consuming.  He has also worked on other motions, oppositions, papers, and pleadings in other cases with pre-existing due dates and deadlines; he has worked on various discovery matters; he has worked on issues relating to the sales of commercial properties; and he has appeared for various meetings and hearings.  For these reasons, he has not had time to work on an a reply to Plaintiffs' Response.

///

///   [THE REST OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

3. For these reasons, Plaintiffs' counsel has graciously agreed to an extension for Defendants to file a reply. Defendants' deadline to file reply is currently <u>*6/29/2020*</u>. There is no hearing date set at this time. The Parties hereby agree and stipulate to a 14-day extension of the deadline to <u>*7/13/2020*</u>.

IT IS SO STIPULATED.

Dated: <u>*June 26, 2020*</u>                                                <u>*June 26, 2020*</u>

**FRIZELL LAW FIRM**                                      **FORAN GLENNON**
400 N. Stephanie St., Suite 265                    2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89014                          Henderson, Nevada 89052


By: <u>*/s./R. Duane Frizell*</u>                         By: <u>*/s./ Dylan P. Todd*</u>
   R. DUANE FRIZELL, ESQ.                        DYLAN P. TODD, ESQ.
   Nevada Bar No. 9807                               Nevada Bar No. 10456
   *Attorney for Defendants*                          LEE H. GORLIN, ESQ.
                                                                    Nevada Bar No. 13879
                                                                    *Attorneys for Plaintiffs*

## ORDER

Having reviewed the foregoing Stipulation of the Parties, and finding good, just, and sufficient cause therefor, it is hereby entered as an Order of the Court.

IT IS SO ORDERED.

DATED: July 2, 2020
                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE
                                                                    CASE NO. 2:20-cv-00425-JCM-DJA

*Submitted by:*

**FRIZELL LAW FIRM**
400 N. Stephanie St., Suite 265
Henderson, Nevada 89014


By: <u>*/s./R. Duane Frizell*</u>
   **R. DUANE FRIZELL, ESQ.**
   *Attorney for Defendants*