**R. DUANE FRIZELL, ESQ.**
Nevada Bar No. 9807
**FRIZELL LAW FIRM**
400 N. Stephanie St., Suite 265
Henderson, Nevada 89014
Office (702) 657-6000
Fax (702) 657-0065
DFrizell@FrizellLaw.com
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>　　　Plaintiffs,<br>　vs.<br><br>OBTEEN N. NASSIRI, an individual; and MED ED LABS, a Nevada nonprofit corporation,<br><br>　　　Defendants. | CASE NO. 2:20-cv-00425-JCM-DJA |

## STIPULATION AND ORDER
## FOR EXTENSION OF DEFENDANTS' DEADLINE TO FILE RESPONSE TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES [Doc 76]
## (FIRST REQUEST)

By and through their respective counsel of record, Defendants OBTEEN N. NASSIRI ("Nassiri") and MED ED LABS ("MEL") and Plaintiffs ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY hereby tender to the Court this *Stipulation and Order for Extension of Defendants' Deadline to File Response to Plaintiffs' Motion to Compel Discovery Responses [Doc 76] (First Request)*. In this connection, Plaintiffs and Defendants (each a "Party" and collectively the "Parties") hereby stipulate and agree as follows:

1. Defendants have been working on supplementing their disclosures of documents and responses to Plaintiffs' requests for production to MEL.

2. On February 19, 2021, Defendants supplemented their disclosures with more than 2,500 pages worth of documents. They also included an index of all documents produced by Defendants as of that date.

3. By 12:00 noon on February 25, 2021, Defendants will further supplement their disclosures with approximately 1,300 pages additional documents (to include hundreds of pages of invoices to MEL's customers) and an updated index.

4. By 12:00 noon on February 25, 2021, Defendants will also supplement their responses to Plaintiffs' request for production to MEL, with references to specific Bates numbers.

5. In order to accommodate Defendants in their making the forthcoming supplements identified above, the Parties have agreed to extend Defendants' deadline to file a response to *Plaintiffs' Motion to Compel Discovery Responses [Doc 76]* from <u>February 24, 2021 (old deadline)</u> to <u>March 3, 2021 (new deadline)</u>.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: <u>February 24, 2021</u> | <u>February 24, 2021</u> |
| **FRIZELL LAW FIRM**<br>400 N. Stephanie St., Suite 265<br>Henderson, Nevada 89014 | **FORAN GLENNON**<br>2200 Paseo Verde Parkway, Suite 280<br>Henderson, Nevada  89052 |
| By: /s/ R. Duane Frizell<br>R. DUANE FRIZELL, ESQ.<br>Nevada Bar No. 9807<br>*Attorney for Defendants* | By: /s/ Lee H. Gorlin<br>DYLAN P. TODD, ESQ.<br>Nevada Bar No. 10456<br>LEE H. GORLIN, ESQ.<br>Nevada Bar No. 13879<br>*Attorneys for Plaintiffs* |

# ORDER

Having reviewed the foregoing Stipulation of the Parties, and finding good, just, and sufficient cause therefor, it is hereby entered as an Order of the Court.

IT IS SO ORDERED.

DATED: February 25, 2021

_____
UNITED STATES MAGISTRATE JUDGE
CASE NO. 2:20-cv-00425-JCM-DJA

*Submitted by:*

**FRIZELL LAW FIRM**
400 N. Stephanie St., Suite 265
Henderson, Nevada 89014

By: */s/ R. Duane Frizell*
**R. DUANE FRIZELL, ESQ.**
*Attorney for Defendants*