Dylan P. Todd (NV Bar No. 10456)
Lee H. Gorlin (NV Bar No. 13879)
FORAN GLENNON PALANDECH PONZI
& RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone:  702-827-1510
Facsimile:   312-863-5099
dtodd@fgppr.com
lgorlin@fgppr.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY AND ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>OBTEEN N. NASSIRI, D.C., et al.,<br><br>Defendants. | CASE NO.   2:20-cv-00425-JCM-DJA<br><br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE PERTAINING TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES (ECF No. 76)**<br><br>**(Second Request)** |

Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company and Allstate Fire and Casualty Insurance Company ("collectively "Plaintiffs" or "Allstate") and Defendants Obteen N. Nassiri and Med Ed Labs (collectively "Defendants") by and through their respective counsel, hereby stipulate and agree that ~~all discovery deadlines be extended by thirty (30) days.~~

This is the parties second request to extend the briefing schedule on this Motion.

The parties state as follows:

1.   Defendants have been working on supplementing their disclosures of documents and responses to Plaintiffs' requests for production to MEL and have supplemented the same.

1

2. On February 19, 2021, and February 25, 2021, Defendants supplemented their disclosures with more than 4,000 pages worth of documents. They also included an index of all documents produced by Defendants as of those dates and supplemented their responses to requests for production as well.

3. In order to accommodate Defendants in their diligence to supplement as appropriate, to accommodate Plaintiffs in reviewing the over 4,000 pages of documents already supplemented, and to allow the parties to determine whether the Motion remains necessary or has become moot, the Parties have agreed to extend Defendants' deadline to file a response to *Plaintiffs' Motion to Compel Discovery Responses [Doc 76]* from <u>March 3, 2021 (old deadline)</u> to <u>March 10, 2021 (new deadline)</u>. The parties further agree to extend Plaintiff's deadline to file a Reply *by seven (7) additional days, setting the deadline at* <u>March 24, 2021</u>.

4. This Stipulation is being filed concurrently with a Stipulation to Extend Discovery Deadlines by 30 days.

Dated this 3rd day of March, 2020.

FRIZELL LAW FIRM

*/s/ R. Duane Frizell*
R. Duane Frizell (NV Bar 9807)
400 N. Stephanie Street
Suite 265
Henderson, NV 89014

*Attorneys for Defendants*

Dated this 3rd day of March, 2021.

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

*/s/ Lee H. Gorlin*
Dylan P. Todd (NV Bar No. 10456)
Lee H. Gorlin (NV Bar No. 13879)
2200 Paseo Verde Parkway, Suite
Henderson, NV 89052

*Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED**

DATED: March 4, 2021

_____
**UNITED STATES MAGISTRATE JUDGE**

2