**R. DUANE FRIZELL, ESQ.**
Nevada Bar No. 9807
**FRIZELL LAW FIRM**
400 N. Stephanie St., Suite 265
Henderson, Nevada 89014
Office (702) 657-6000
Fax (702) 657-0065
DFrizell@FrizellLaw.com
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>OBTEEN N. NASSIRI, an individual; and MED ED LABS, a Nevada nonprofit corporation,<br><br>Defendants. | CASE NO. 2:20-cv-00425-JCM-DJA |

## STIPULATION AND ORDER EXTENDING BRIEFING ON PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES [Doc. 76] (THIRD REQUEST)

Pursuant to the Court's *Minute Order in Chambers* (filed Mar. 11, 2021) [Doc. 83], and by and through their respective counsel of record, Defendants OBTEEN N. NASSIRI ("Nassiri") and MED ED LABS ("MEL") (collectively "Defendants") and Plaintiffs ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (collectively "Plaintiffs") hereby tender to the Court this *Stipulation and Order Extending Briefing on Plaintiffs' Motion to Compel Discovery Responses [Doc 76]*

*(Third Request)*. With this stipulation, Plaintiffs and Defendants (each a "Party" and collectively the "Parties") hereby stipulate and agree as follows:

1. The Parties are continuing in good faith to resolve a discovery dispute.

2. Defendants are continuing to work on supplementing their disclosures of documents and responses to Plaintiffs' requests for production to MEL.

3. On February 19, 2021, and February 25, 2021, Defendants supplemented their disclosures with more than 4,000 pages worth of documents. They also included an index of all documents produced by Defendants as of those dates and supplemented their responses to requests for production as well.

4. On or before March 17, 2021, Defendants will further supplement their disclosures and responses to requests for production with additional documents.

5. In order to accommodate Defendants in their making the forthcoming supplements identified above, to allow Plaintiffs to review such supplements, and to afford the Parties an opportunity to determine whether *Plaintiffs' Motion to Compel Discovery Responses (filed Feb. 10, 2021) [Doc. 76]* (the "Motion") is moot, the Parties have agreed to extend the briefing deadlines as follows:

   a. The deadline for Defendants' response to the Motion shall be extended from *March 10, 2021 (old deadline)* to *March 19, 2021 (new deadline)*; and

   b. The deadline for Plaintiffs' reply in support of their Motion shall be extended from *March 24, 2021 (old deadline)* to *April 2, 2021 (new deadline)*.

6. For excusable neglect in filing this Stipulation after the March 10, 2021 deadline, the Parties would show that they did not agree to the extensions until late that day. Defendants were to prepare this Stipulation but because of their counsel's schedule and professional commitments, he was not able to do so until after that day and after the Court entered its *Minute Order in Chambers* (filed Mar. 11, 2021) [Doc. 83].

IT IS SO STIPULATED.

Dated: <u>March 12, 2021</u>                                                   <u>March 12, 2021</u>

**FRIZELL LAW FIRM**                                              **FORAN GLENNON**
400 N. Stephanie St., Suite 265                          2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89014                                  Henderson, Nevada 89052

By: <u>/s/ R. Duane Frizell</u>                           By: <u>/s/ Lee H. Gorlin</u>
R. DUANE FRIZELL, ESQ.                                   DYLAN P. TODD, ESQ.
Nevada Bar No. 9807                                       Nevada Bar No. 10456
*Attorney for Defendants*                                 LEE H. GORLIN, ESQ.
                                                          Nevada Bar No. 13879
                                                          *Attorneys for Plaintiffs*

**ORDER**

Having reviewed the foregoing Stipulation of the Parties, and finding good, just, and sufficient cause therefor, it is hereby entered as an Order of the Court.

IT IS SO ORDERED.

DATED: <u>March 15, 2021</u>                                 _____
                                                          UNITED STATES MAGISTRATE JUDGE
                                                          CASE NO. 2:20-cv-00425-JCM-DJA

*Submitted by:*

**FRIZELL LAW FIRM**
400 N. Stephanie St., Suite 265
Henderson, Nevada 89014

By: <u>/s/ R. Duane Frizell</u>
**R. DUANE FRIZELL, ESQ.**
*Attorney for Defendants*