**R. DUANE FRIZELL, ESQ.**
Nevada Bar No. 9807
**FRIZELL LAW FIRM**
400 N. Stephanie St., Suite 265
Henderson, Nevada 89014
Office (702) 657-6000
Fax (702) 657-0065
DFrizell@FrizellLaw.com
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>         Plaintiffs,<br> vs.<br><br>OBTEEN N. NASSIRI, an individual; and MED ED LABS, a Nevada nonprofit corporation,<br><br>         Defendants. | CASE NO. 2:20-cv-00425-JCM-DJA |

## STIPULATION AND ORDER EXTENDING BRIEFING ON PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES [Doc. 76] (FOURTH REQUEST)

*The parties have made and been granted a number of extensions on this matter already; however, they have, in good faith, been working towards a resolution of the matters. Substantial progress has been made since the last request was granted. The purpose of the present request is not for undue delay.*

By and through their respective counsel of record, Defendants OBTEEN N. NASSIRI ("Nassiri") and MED ED LABS ("MEL") (collectively "Defendants") and Plaintiffs ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (collectively "Plaintiffs") hereby tender to the Court

this *Stipulation and Order Extending Briefing on Plaintiffs' Motion to Compel Discovery Responses [Doc 76] (Fourth Request)*. With this stipulation, Plaintiffs and Defendants (each a "Party" and collectively the "Parties") hereby stipulate and agree as follows:

1. The Parties are continuing in good faith to resolve a discovery dispute.

2. Since the Court granted the last extension—

   a. On March 16, 2021, Defendants served two more supplements to their initial disclosures, including about 350 pages of additional documents;

   b. To date, Defendants have produced over 5,700 pages of documents;

   c. On March 17, 2021, MEL served its second supplement to responses to requests for production;

   d. On March 17, 2021, Plaintiffs served their second set of requests for production upon MEL; and

   e. On March 17, 2021, Plaintiffs served their first set of requests for production upon Nassiri.

3. In order to provide Plaintiffs with sufficient time to review Defendants' supplements and document production identified above, which they need to do to determine whether to withdraw *Plaintiffs' Motion to Compel Discovery Responses (filed Feb. 10, 2021) [Doc. 76]* (the "Motion"), the Parties have agreed to extend the briefing deadlines on the Motion as follows:

   a. The deadline for Defendants' response to the Motion shall be extended from <u>March 19, 2021 (old deadline)</u> to <u>March 26, 2021 (new deadline)</u>; and

    b.  The deadline for Plaintiffs' reply in support of their Motion shall be extended from *April 2, 2021 (old deadline)* to *April 9, 2021 (new deadline)*.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: *March 18, 2021* | *March 18, 2021* |
| **FRIZELL LAW FIRM**<br>400 N. Stephanie St., Suite 265<br>Henderson, Nevada 89014 | **FORAN GLENNON**<br>2200 Paseo Verde Parkway, Suite 280<br>Henderson, Nevada 89052 |
| By: */s/ R. Duane Frizell*<br>R. DUANE FRIZELL, ESQ.<br>Nevada Bar No. 9807<br>*Attorney for Defendants* | By: */s/ Lee H. Gorlin*<br>DYLAN P. TODD, ESQ.<br>Nevada Bar No. 10456<br>LEE H. GORLIN, ESQ.<br>Nevada Bar No. 13879<br>*Attorneys for Plaintiffs* |

## ORDER

Having reviewed the foregoing Stipulation of the Parties, and finding good, just, and sufficient cause therefor, it is hereby entered as an Order of the Court.

IT IS SO ORDERED.

DATED: March 19, 2021

_____
UNITED STATES MAGISTRATE JUDGE
CASE NO. 2:20-cv-00425-JCM-DJA

*Submitted by:*

**FRIZELL LAW FIRM**
400 N. Stephanie St., Suite 265
Henderson, Nevada 89014

By: */s/ R. Duane Frizell*
**R. DUANE FRIZELL, ESQ.**
*Attorney for Defendants*