Dylan P. Todd (NV Bar No. 10456)
Lee H. Gorlin (NV Bar No. 13879)
FORAN GLENNON PALANDECH PONZI
& RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone:  702-827-1510
Facsimile:   312-863-5099
dtodd@fgppr.com
lgorlin@fgppr.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY AND ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, | CASE NO.   2:20-cv-00425-JCM-DJA **STIPULATION AND ORDER TO WITHDRAW PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES (ECF No. 76)** |
| Plaintiffs, | |
| vs. | |
| OBTEEN N. NASSIRI, D.C., et al., | |
| Defendants. | |

Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company and Allstate Fire and Casualty Insurance Company ("collectively "Plaintiffs" or "Allstate") and Defendants Obteen N. Nassiri and Med Ed Labs (collectively "Defendants") by and through their respective counsel, hereby stipulate and agree that Allstate's pending Motion to Compel Discovery Responses (ECF No. 76) be withdrawn without prejudice and the briefing schedule be vacated.

/ / /

/ / /

/ / /

/ / /

*(left margin, rotated)* FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052
702-827-1510

The parties state as follows:

1.      Defendants have been working on supplementing their disclosures of documents and responses to Plaintiffs' requests for production to MEL and have supplemented the same.

2.      To date, Defendants have provided over 5,700 pages of documents.

3.      As Defendants have provided supplemental productions, the parties have submitted four (4) stipulations to extend the briefing schedule on the Subject Motion.

4.      Instead of continuing to extend briefing by one week at a time, the parties agree that it would be more prudent to allow Allstate to withdraw its Motion, without prejudice, as Allstate continues to review the supplemental documents.

5.      In the meantime, should Defendants discover additional responsive documents, they will provide appropriate supplements.

6.      This stipulation shall not be construed as a waiver or admission that any documents and/or categories of documents are no longer outstanding or that Allstate waives any right to seek the Court's intervention if it is determined that documents responsive to Allstate's First Requests for Production to Med Ed Labs is incomplete following review of the provided materials.  Allstate's review of the supplemental documents is ongoing.  Moreover, this stipulation shall not be construed as a waiver of any party's right to seek an extension of discovery deadlines should an extension become necessary.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052
702-827-1510

2

1    7.    Should Allstate's review reveal any documents and/or categories of documents that

2   Allstate feels remain outstanding, the parties will meet-and-confer to attempt to resolve any issues.

3   If the issue(s) cannot be resolved, Allstate reserves all rights to file a new Motion to Compel to

4   address any remaining issues.

5   Dated this 23rd day of March 2021              Dated this 23rd day of March 2021

6   FRIZELL LAW FIRM                              FORAN GLENNON PALANDECH PONZI
                                                   & RUDLOFF PC
7

8   */s/ R. Duane Frizell*                        */s/ Lee H. Gorlin*
    R. Duane Frizell (NV Bar 9807)               Dylan P. Todd (NV Bar No. 10456)
9   400 N. Stephanie Street, Suite 265           Lee H. Gorlin (NV Bar No. 13879)
    Henderson, NV  89014                         2200 Paseo Verde Parkway, Suite
10                                                 Henderson, NV 89052

11
    *Attorneys for Defendants*                    *Attorneys for Plaintiffs*
12

13

14                                    **ORDER**

15

16  **IT IS SO ORDERED**

17  DATED this 24th day of March 2021

18                                    _____

19                                    **UNITED STATES MAGISTRATE JUDGE**

20

21

22

23

24

25

26

27

28

3

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052
702-827-1510

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052
702-827-1510

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing **STIPULATION AND ORDER TO WITHDRAW PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES (ECF No. 76)** was served by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.


Dated: March 23, 2021


_/s/ Regina Brouse_
An Employee of Foran Glennon